ORAL ARGUMENT NOT YET SCHEDULED

No. 25-5042

_____

UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

SLASH CREEK WATERWORKS, INC., J & C CHARTERS, LLC, TILMAN GRAY, doing business as Avon Seafood, ANTONIO GIAMBANCO, and J. RYAN SPECKMAN,

*Plaintiffs-Appellants*,

v.

HOWARD W. LUTNICK, in his official capacity as Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE,

*Defendants-Appellees*.

_____

On appeal from the United States District Court for the District of Columbia

No. 1:23-cv-1755-RC (Hon. Rudolph Contreras)

_____

**APPELLANTS' UNOPPOSED MOTION TO TERMINATE PARTY**

Pursuant to the provision for general motions in Rule 27 of the Federal Rules of Appellate Procedure, Appellants Slash Creek Waterworks, Inc., J & C Charters, LLC, Tilman Gray, Antonio Giambanco, and J. Ryan Speckman (collectively "Appellants") hereby move to terminate Appellant J & C Charters, LLC ("J & C Charters") as a party to the instant litigation.

The sole owner and member of J & C Charters is Mr. Jack Cox. Mr. Cox's relationship to J & C Charters, as well as his involvement in the South Atlantic Snapper-Grouper fishery, is set forth in his declaration in support of Plaintiffs' motion for summary judgment filed in the District Court. *See* ECF No. 11–4 (copy attached as Exhibit 1).

In the time that has elapsed since the commencement of this litigation, Mr. Cox has been nominated by the Governor of the State of North Carolina as a candidate for the South Atlantic Fishery Management Council. *See* Letter from Josh Stein, Governor of North Carolina, to Emily Menashes, Acting Assistant Administrator for Fisheries, dated March 13, 2025 (copy attached as Exhibit 2).

After careful consideration, Mr. Cox wishes to withdraw J & C Charters, LLC, from this litigation in order to avoid any potential interference with his candidacy for the South Atlantic Fishery Management Council.

1

The remaining Appellants intend to prosecute this appeal fully, and as such the instant motion is not expected to affect the remaining course of litigation.

Appellants' counsel has conferred with counsel for Appellees Howard W. Lutnick and National Marine Fisheries Service (collectively "Appellees") on this matter, and has been authorized to represent that this motion is unopposed by Appellees.

As a further consideration that may support this motion, undersigned counsel notes that when this case was before the District Court, Federal Defendants indicated they could not locate J & C Charters in the relevant database as a snapper-grouper permit holder.  *See* ECF No. 6, ¶ 14 (attached as Exhibit 3).  At the time it was not a significant issue, since other Plaintiffs were verified as snapper-grouper permit holders, *see id.*, ¶¶ 13, 15, and thus the matter was redundant with respect to J & C Charters.  But as of today, given Mr. Cox's desire to remove his LLC from the litigation, this could provide further support—if needed—for terminating J & C Charters as a party.

For the reasons stated above, Appellants respectfully request that the Court terminate J & C Charters as a party in this litigation.

Dated: May 8, 2025                    Respectfully submitted,

/s/ Seth Atkinson
Seth L. Atkinson
CADC Bar No. 65869
Quillback Consulting
348 Nobel Drive
Santa Cruz, CA 95060
(203) 331-2792
seth@quillbackconsulting.com

*Attorney for Appellants*

3