# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5042**                                           **September Term, 2025**

**1:23-cv-01755-RC**

**Filed On: January 12, 2026** [2153734]

Slash Creek Waterworks, Inc., et al.,

        Appellants

    v.

Howard W. Lutnick, in his official capacity
as Secretary of Commerce and National
Marine Fisheries Service,

        Appellees

**BEFORE:**   Chief Judge Srinivasan, Circuit Judge Henderson, and Senior
Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, January 12, 2026 at
9:33 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Seth Lindsey Atkinson, counsel for Appellants.

    Ezekiel Peterson (DOJ), counsel for Appellees.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

        BY:   /s/
                   Anne A. Rothenberger
                   Deputy Clerk